*George A. H. Harris & Son,* for plaintiff in error.

*W. H. Ennis, solicitor-general,* contra.

---

## SPIVEY *v.* THE STATE.

BECK, J.　No error of law was complained of; the evidence, while entirely circumstantial, was sufficient to authorize the verdict of guilty; and the trial judge being satisfied therewith, this court will not interfere with his refusal to grant a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted November 21,—Decided December 21, 1905.

Indictment for arson. Before Judge Wright. Floyd superior court. September 30, 1905.

*George A. H. Harris & Son,* for plaintiff in error.

*W. H. Ennis, solicitor-general,* contra.